UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| **LEONIDAS D LOWRY #400723** | **CASE NO.  13-cv-2220 SEC P** |
| -vs- | **JUDGE DRELL** |
| **N BURL CAIN** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 54), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 4) is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of April 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT